UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

LLOYD FREEMAN,

        Plaintiff,

vs.                                 Case No. 05-CV-2554 CM/DJW

KELLOGG COMPANY,

        Defendant.

# EXHIBIT A

TO
BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL
PLAINTIFF'S RESPONSE TO DEFENDANT'S
SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LLOYD FREEMAN,                        Case No. 05-CV-2554 CM/DJW

          Plaintiff,

v

KELLOGG COMPANY,

          Defendant.

### DEFENDANT'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, you are hereby directed to produce the documents designated below at the offices of Varnum, Riddering, Schmidt & Howlett LLP, Attorneys for Defendant Kellogg USA, Inc., located at Bridgewater Place, 333 Bridge Street, N.W., Grand Rapids, Michigan 49504, within thirty (30) days after service of these requests upon you. The requested documents are relevant to the subject matter of this action, or are reasonably calculated to lead to the discovery of admissible evidence, are in the possession, custody, or under the control of you or your agents, and are not privileged.

Please be advised that these discovery requests shall be considered continuing, and you are required to file supplemental answers in addition to those answers submitted in response hereto if you, directly or indirectly, obtain further or different information from the time of filing the answers to the time of trial.

### REQUESTS TO PRODUCE

1. Any and all personnel and payroll records respecting your employment with Cracker Barrel, Taco Bell, Perkins Family Restaurant, Nolan Real Estate, and Louisa's

Restaurant. In lieu of the documents requested, please execute the attached authorization for release of records.

**RESPONSE:**

2. A copy of any and all resumes utilized by you since termination of your employment from Kellogg.

**RESPONSE:**

3. A copy of any and all Kellogg handbook policies and procedures in your possession and/or control.

**RESPONSE:**

4. Any and all documents, records, notes, and counseling logs respecting counseling sessions attended with Willie Pugh and/or others from 2004 to the present. In lieu of the documents requested, please execute the attached authorization for release of records.

**RESPONSE:**

5. Any and all documentation of the repossession of two vehicles described at page 204 of Plaintiff's deposition transcript, including, but not limited to, any and all notices of repossession, and any and all documents evidencing indebtedness with respect to the vehicles.

**RESPONSE:**

Dated: August 8, 2006

Jennifer J. Stocker
Varnum, Riddering, Schmidt & Howlett LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, Michigan 49501-0352
(616) 336-6000
Attorneys for Defendant

1289285_1.DOC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

LLOYD FREEMAN,                                    Case No. 05-CV-2554 CM/DJW

       Plaintiff,

v.

KELLOGG COMPANY,

       Defendant.

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant's Second Request for Production of Documents to Plaintiff was served on the following party by e-mail and by putting a copy in a sealed envelope, with first class postage fully prepaid, addressed to the below-named individuals, and depositing it in our internal office mail pickup for delivery to the United States Post Office on the 8th day of August, 2006:

       Luis Mata, Esq.
       Sarah A. Brown, Esq.
       Randles, Mata & Brown, LLC
       406 West 34th Street, Suite 623
       Kansas City, Missouri 64111

Dated: August 8, 2006              By: _____
                                                       Jodi L. Johnson
                                                       Bridgewater Place, P.O. Box 352
                                                       Grand Rapids, Michigan 49501-0352
                                                       (616) 336-6000