UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

LLOYD FREEMAN,

      Plaintiff,

vs.                                  Case No. 05-CV-2554 CM/DJW

KELLOGG COMPANY,

      Defendant.

# EXHIBIT B

**TO**
**BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL**
**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**



BRIDGEWATER PLACE • POST OFFICE BOX 352
GRAND RAPIDS, MICHIGAN 49501-0352

TELEPHONE 616 / 336-6000 • FAX 616 / 336-7000 • WWW.VARNUMLAW.COM

JENNIFER J. STOCKER
ADMITTED IN MICHIGAN, COLORADO, KANSAS & MISSOURI

DIRECT DIAL 616/336-6921
E-MAIL jjstocker@varnumlaw.com

September 28, 2006

Luis Mata, Esq.
Sarah A. Brown, Esq.
Randles, Mata & Brown, LLC
406 West 34th Street, Suite 623
Kansas City, Missouri 64111

   Re: <u>Lloyd Freeman v Kellogg</u>
      <u>U.S. District Court Case No. 05-CV-2554-CM/DJW</u>

Dear Mr. Mata and Ms. Brown:

  Plaintiff has now failed to timely respond to Defendant's Second Request for Production of Documents to Plaintiff, which were served on you August 8, 2006. A copy of that request is attached to this letter. You have not sought an extension of the deadline for responding, nor have you communicated with us in any manner with respect to those requests. Please consider this my request to obtain answers to the particular requests. At this juncture, any objections you might otherwise have interjected are, according to federal rule and authority, waived. If I do not receive your full answers to the request by noon on October 2, 2006, I will have no choice but to motion the court to compel you to do so. I sincerely hope this will not be necessary.

      Yours truly,

      Jennifer J. Stocker

Attachment

1308414_1.DOC

bc: Norma Barnes-Euresti
  Lawrence J. Murphy

GRAND HAVEN • GRAND RAPIDS • KALAMAZOO • LANSING • NOVI