UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

LLOYD FREEMAN,                                            Case No. 05-CV-2554 CM/DJW

        Plaintiff,

v

KELLOGG COMPANY,

        Defendant.

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby stipulate to the dismissal of all claims and counterclaims in this matter. The claims and counterclaims are dismissed in their entirety, with prejudice and without costs.

Dated: January 4, 2007                      /s/   Luis Mata (by Jenny Stocker w/permission)
                                                   Luis Mata
                                                   Randles, Mata & Brown, LLC
                                                   406 West 34th Street, Suite 623
                                                   Kansas City, Missouri 64111
                                                   Attorneys for  Plaintiff Lloyd Freeman

Dated:  January 4, 2007                     /s/   Jennifer J. Stocker
                                                   Lawrence J. Murphy
                                                   Jennifer J. Stocker
                                                   Varnum, Riddering, Schmidt & Howlett, LLP
                                                   Bridgewater Place, P.O. Box 352
                                                   Grand Rapids, Michigan 49501-0352
                                                   (616) 336-6000
                                                   Attorneys for Defendant Kellogg Company