UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LLOYD FREEMAN,                          )
                                        )
                Plaintiff,              )
        v                               )        Case No. 05-2554-CM
                                        )
KELLOGG COMPANY,                        )
                                        )
                Defendant.              )

**ORDER OF DISMISSAL WITH PREJUDICE**

The Stipulation for the dismissal of all claims and counterclaims in this matter having

been filed with the Court, and the Court being fully advised in the premises;

IT IS SO ORDERED,

All claims and counterclaims in this matter are dismissed, with prejudice, and without

costs to either party.

s/ Carlos Murguia
CARLOS MURGUIA
U.S. District Judge