UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LLOYD FREEMAN,        )<br>                                          )<br>       Plaintiff,            )<br>v                                       )         Case No. 05-2554-CM<br>                                          )<br>KELLOGG COMPANY,    )<br>                                          )<br>       Defendant.        ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Stipulation for the dismissal of all claims and counterclaims in this matter having been filed with the Court, and the Court being fully advised in the premises;

IT IS SO ORDERED,

All claims and counterclaims in this matter are dismissed, with prejudice, and without costs to either party.

s/ Carlos Murguia
CARLOS MURGUIA
U.S. District Judge